UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

07 CIV. 4026

---------------------------------------------------------------------x

TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING
INDUSTRY INSURANCE AND ANNUITY FUNDS,

                        Plaintiffs,              Index No.:

**RULE 7.1**

          -against-

A&B GLASS & METAL CAULKING LTD.,

                        Defendant.

WP4

---------------------------------------------------------------------x

       Pursuant to Rule 7.1 of the General Rules of the Southern District of New York and to

enable judges and magistrates of the court to evaluate possible disqualification or recusal, the

undersigned attorney of record for plaintiff certifies that the following are corporate parents,

subsidiaries, or affiliates of that party.

     None

Dated: May 15, 2007

                                      Dana L. Henke, Esq. (DLH3025)