UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TRUSTEES OF THE DISTRICT COUNCIL 9
PAINTING INDUSTRY INSURANCE AND
ANNUITY FUNDS,

Index No.: 07-CIV-4026 (WP4)

                              Plaintiffs,

**VOLUNTARY NOTICE OF DISMISSAL** *Order*

-against-

A&B GLASS & METAL CAULKING LTD.,

                              Defendant.
------------------------------------------------------------x

Please take notice that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) the plaintiffs by the undersigned attorney of record hereby voluntarily dismisses the above entitled action. Without Prejudice.

Dated: June 20, 2007
       Elmsford, New York

                                          Dana L. Henke, Esq. (DLH3025)
                                          Attorney for Plaintiff
                                          258 Saw Mill River Road
                                          Elmsford, New York 10523
                                          (914) 592-1515

SO ORDERED

_Charles Brieant_
Honorable Charles L. Brieant U.S.D.J.

dated: June 20, 2007